Murphy Sanchez PLLC
Attorneys At Law

Bradley J. Levien, Esquire
Direct: 516-271-2582
Main: 267-367-5503
Fax: 215-799-9349

blevien@murphysanchez.com
www.murphysanchez.com

**100 Duffy Avenue**
**Suite 510**
**Hicksville, NY 11801**

**File No. 3072.1024**

August 12, 2026

Honorable Ronnie Abrams, U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

**RE: WALTER SANDERS vs. DARDEN RESTAURANTS INC. AND LONGHORN STEAKHOUSE**
**Docket Number: 1:26-cv-05513-RA**

Dear Judge Abrams:

We represent the defendant in the above matter. As the Court may recall, an Order was entered on the docket (Docket #6) on July 1, 2026 scheduling an Initial Conference for September 18, 2026. Subsequently, the Court entered an Order (Docket #7) directing expedited discovery and mediation. That Order indicated that mediation should take place before Rule 16 Initial Conference, thus pushing back that conference.

Upon receipt of the July 1 Order scheduling the initial conference, the undersigned reached out to plaintiff's counsel, Michael DiMaria, Esq., to meet and confer on discovery issues as well as on certain issues affecting the merits of the case. Several exchanges between counsel took place in the ensuing weeks. On July 27, 2026, Mr. DiMaria advised the undersigned that he would no longer be able to meet and confer on this case as he would be moving to be relieved as counsel. Since that time, the undersigned has reached out to Mr. DiMaria multiple times to determine the status of such an application; or if the application were no longer anticipated, to resume meeting and conferring. No response has been received.

Based on the foregoing, the undersigned is concerned that neither the discovery nor the mediation deadlines directed in the Court's August 3, 2026 order will be met. Efforts to meet and confer on the issue have been fruitless. Accordingly, defendant respectfully requests:

1. That the Rule 16 Initial Conference set for September 18, 2026 proceed notwithstanding the August 3, 2026 Order; or that such conference be rescheduled at the courts earliest convenience; and

2. That the August 3, 2026 Mediation Order be vacated or stayed pending such a conference.

Thanking the court for its time and attention to this matter, I remain,

Very truly yours,

BRADLEY J. LEVIEN

BJL/kr

cc: Michael DiMaria, Esq. mdimaria@dclawllp.com

Mr. DiMaria shall advise the Court by Monday, August 17, 2026 as to whether he intends to move to withdraw as counsel for Plaintiff and whether a conference with the Court would be beneficial. The Court will make a determination as to whether the deadlines in the Mediation Order dated August 3, 2026 will be stayed shortly thereafter.

SO ORDERED.

Hon. Ronnie Abrams
August 13, 2026