UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WALTER SANDERS,<br><br>Plaintiff,<br><br>v.<br><br>DARDEN RESTAURANTS, INC.,<br>LONGHORN STEAKHOUSE,<br><br>Defendants. | 26-CV-5513 (RA)<br><br><u>ORDER</u> |

RONNIE ABRAMS, United States District Judge:

On August 18, 2026, the Court granted Mr. Sanders's counsel's motion to withdraw. *See* Dkt. 13. The Court directed Mr. Sanders to either retain new counsel or file a letter with the Court within 45 days indicating that he would like to proceed *pro se*. *Id.* On October 13, 2026, after Mr. Sanders failed to file a letter with the Court, the Court directed Mr. Sanders to inform the Court whether he would like to proceed *pro se* by no later than October 27, 2026. *See* Dkt. 15. To date, no letter has been filed.

No later November 20, 2026, Mr. Sanders shall either inform the Court that he intends to retain new counsel or file a letter with the Court indicating that he would like to proceed *pro se*. Mr. Sanders is warned that failure to do so will result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b). If Mr. Sanders elects to proceed *pro se*, he shall submit this letter to the Court's *Pro Se* Intake Unit and label the document with docket number 26-CV-5513 (RA). Mr. Sanders is further advised that, if he seeks legal assistance, he may consult with the City Bar Justice Center's clinic for *pro se* litigants by visiting its website at www.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project, by calling (212) 382-4794, or by emailing fedprosdny@nycbar.org. This clinic, which is neither part of nor run by

the Court, assists *pro se* litigants with federal civil cases. The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Sanders at 3511 Barnes Avenue, Apt. 8H Bronx, New York 10467.

SO ORDERED.

Dated: November 6, 2026
New York, New York

Ronnie Abrams
United States District Judge